# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NICOLAS FELIX,

    *Petitioner*,

vs.

E.K. MCDANIEL, *et al.*

    *Respondents*.

3:09-cv-00483-LRH-RAM

ORDER

    Petitioner's motion (#26) for an enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including December 17, 2010.

    DATED this 8th day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE