# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLAS FELIX,<br><br>    *Petitioner*,<br><br>vs.<br><br>E.K. MCDANIEL, *et al.*<br><br>    *Respondents*. | 3:09-cv-00483-LRH-RAM<br><br>ORDER |

Petitioner's motion (#40) for an enlargement of time is GRANTED *nunc pro tunc*, and the time for petitioner to file an opposition to respondents' motion to dismiss is extended up to and including September 12, 2011.

DATED this 9th day of August, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE