AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

NICOLAS FELIX,

      Petitioner,

V.

E.K. MCDANIEL, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-cv-00483-LRH-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the respondents' motion to dismiss (Dkt. No. 39) is GRANTED and the amended petition (Dkt. 33) is DISMISSED with prejudice as time-barred. Final judgment is hereby entered in favor of respondents and against petitioner.

  February 29, 2012                                             **LANCE S. WILSON**
                                                                                            Clerk

                                                                               /s/ Katie Lynn Ogden
                                                                                  Deputy Clerk